B6B (Official Form 6B) (12/07)

In re **Christale D. Gray**  Case No. **15-25386**
(if known)

*AMENDED 5/9/2016*
# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Savings account at Bank of America | W | $1,600.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Misc. bedroom furniture, living room furniture, normal appliances and electronics | W | $2,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Normal and necessary clothing | W | $200.00 |
| 7. Furs and jewelry. | | Misc. costume jewelry and family jewelry | W | $500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs, bicycles and used camping gear | W | $500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christale D. Gray**                          Case No. **15-25386**
                                                                                                                     (if known)

*AMENDED 5/9/2016*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Anticipated 2015 Federal Tax refund | W | $3,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christale D. Gray**                                           Case No.   **15-25386**
                                                                                  (if known)

*AMENDED 5/9/2016*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Pending Lawsuit, filed 2/5/2016, in the Northern District of Illinois, Eastern Division. RIB B RIB SUPPER CAFÉ INC. & CHRISTALE GRAY EDMOND vs. VILLAGE OF SOUTH HOLLAND, A MUNICIPAL CORPORATION, BOARD OF TRUSTEES VILLAGE OF SOUTH HOLLAND, DON DE GRAFF, JOHN WATSON, LARRY W. DE YOUNG, CYNTHIA L. NYLEN, ANDREW JOHNSON Jr., VICKIE PERKINS, PRINCE REED and JOHN F. SULLIVAN 16-cv-1985 Causes of action for violations of: CLASS OF ONE - EQUAL PROTECTION, VIOLATION OF THE EQUAL RIGHTS, VIOLATION OF THE PROPERTY RIGHTS, CONSPIRACY TO VIOLATE CIVIL RIGHTS, VIOLATION OF THE FIRST AMENDMENT, MUNICIPAL LIABILITY "MONELL" CLAIM VS. THE VILLAGE. | W | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christale D. Gray**    Case No. **15-25386**

(if known)

*AMENDED 5/9/2016*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Ford Expedition | W | $1,185.52 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Christale D. Gray**  Case No. **15-25386**
(if known)

*AMENDED 5/9/2016*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____4_____ continuation sheets attached  **Total >**  **$9,485.52**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re **Christale D. Gray** Case No. **15-25386**
(If known)

*AMENDED 5/9/2016*

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 16866 Langley Ave., South Holland, IL 60473 Single Family Home owned jointly with non-filing spouse | 735 ILCS 5/12-901 & 902 | $0.00 | $140,000.00 |
| Savings account at Bank of America | 735 ILCS 5/12-1001(b) | $1,600.00 | $1,600.00 |
| Misc. bedroom furniture, living room furniture, normal appliances and electronics | 735 ILCS 5/12-1001(b) | $2,400.00 | $2,500.00 |
| Normal and necessary clothing | 735 ILCS 5/12-1001(a), (e) | $200.00 | $200.00 |
| Misc. costume jewelry and family jewelry | 735 ILCS 5/12-1001(b) | $0.00 | $500.00 |
| Golf clubs, bicycles and used camping gear | 735 ILCS 5/12-1001(b) | $0.00 | $500.00 |
| Anticipated 2015 Federal Tax refund | 735 ILCS 5/12-1001(b) | $0.00 | $3,000.00 |
| Pending Lawsuit, filed 2/5/2016, in the Northern District of Illinois, Eastern Division. RIB B RIB SUPPER CAFÉ INC. & CHRISTALE GRAY EDMOND vs. VILLAGE OF SOUTH HOLLAND, A MUNICIPAL CORPORATION, BOARD OF TRUSTEES VILLAGE OF SOUTH HOLLAND, DON DE GRAFF, JOHN WATSON, LARRY W. DE YOUNG, CYNTHIA L. NYLEN, ANDREW | 735 ILCS 5/12-1001(b) | Unknown | Unknown |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $4,200.00 | $148,300.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **Christale D. Gray**  Case No. **15-25386**
(If known)

*AMENDED 5/9/2016*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| JOHNSON Jr., VICKIE PERKINS, PRINCE REED and JOHN F. SULLIVAN<br><br>16-cv-1985<br><br>Causes of action for violations of: CLASS OF ONE - EQUAL PROTECTION, VIOLATION OF THE EQUAL RIGHTS, VIOLATION OF THE PROPERTY RIGHTS, CONSPIRACY TO VIOLATE CIVIL RIGHTS, VIOLATION OF THE FIRST AMENDMENT, MUNICIPAL LIABILITY "MONELL" CLAIM VS. THE VILLAGE.<br><br>2000 Ford Expedition | 735 ILCS 5/12-1001(c) | $0.00 | $1,185.52 |
| | | **$4,200.00** | **$149,485.52** |